FILED'07 MAR 16 11:16USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| PATRICIA A. SHELTON, | ) | |
| Plaintiff, | ) ) ) | CV. 06-1587-KI |
| v. | ) ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | ORDER AWARDING EAJA ATTORNEY FEES |
| Defendant. | ) ) | |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $724.75 and no expenses, shall be awarded to Plaintiff's attorney pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Payment shall be to Max Rae, attorney, on behalf of Plaintiff.

DATED this  16  day of  March , 2007.

_____
United States District Judge

PRESENTED BY:
s/ Max Rae
MAX RAE, OSB #81344
Attorney for Plaintiff, Patricia A. Shelton

Page 1 –   ORDER AWARDING EAJA ATTORNEY FEES
           SHELTON v. ASTRUE, CV 06-1587-KI